**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.  CASE NO. 6:07-CR-134-ORL-19KRS

RAYMOND LEE KELLY

ORDER

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 36, filed February 1, 2008) and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 36) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2. Defendant Raymond Lee Kelly has entered a plea of guilty to Counts One, Two and Four of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Counts One, Two and Four of the Indictment.

3. Ruling on acceptance of the Plea Agreement (Doc. No. 32, filed February 1, 2008) is deferred until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this   5th   day of February, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy