UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:7-cr-134-Orl-41LHP-1

**RAYMOND LEE KELLY**

   **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on Defendant's *pro se* Motion to Appeal *In Forma Pauperis* ("Motion," Doc. 107). United States Magistrate Judge Leslie Hoffman Price issued a Report and Recommendation ("R&R," Doc. 109), where she recommends that the Motion be denied.

After an independent *de novo* review of the record, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. This Court agrees entirely with the analysis in the R&R.

It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 109) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion (Doc. 107) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on November 12, 2025.



Copies furnished to:

Counsel of Record
Unrepresented Party